ALFRED LOPEZ, Appellant, v. CHILDREN'S BUS SERVICE, INC., and Others, Defendants, and EMPIRE STATE TOURS, INC., Respondent.— Order granting motion of the respondent for a further physical and X-ray examination, and the taking of X-ray photographs, of the plaintiff affirmed, with ten dollars costs and disbursements, the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

A. WALLACE MORRISON, Appellant, v. BLANCHARD PRESS, INC., Respondent.— Action for libel. Order denying plaintiff's motion to consolidate this action with another action instituted by the defendant herein in the City Court of the City of New York affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

JOHN MORTON, Respondent, v. CITY OF NEW YORK, Defendant, and HELEN SOLOMON, Appellant.— Action to recover damages for personal injuries. Order granting conditionally appellant's motion to dismiss the action for failure to prosecute modified by striking from the order everything following the word " granted." As thus modified, the order is affirmed, with ten dollars costs and disbursements to the appellant. No sufficient excuse for the delay of more than three years after joinder of issue was given, and the motion should have been granted unconditionally. (Rosenberg v. Pubnico Realty Corp., 258 App. Div. 1090.) Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

CAROLINE A. PERRIN, Appellant, v. ARTHUR K. PERRIN, Respondent.— Action for a separation. Order granting defendant's motion to strike from the complaint certain allegations on the ground that they are irrelevant, redundant, repetitious and unnecessary, affirmed, without costs. Plaintiff may serve an amended complaint within ten days after the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. A. & S. BERGMAN & CO., INC., Appellant.— Defendant appeals from a judgment of conviction of violating section 163 of the Sanitary Code of the City of New York (keeping and offering for sale frozen canned eggs not safe for human food), rendered by a city magistrate, sitting as a Court of Special Sessions of the City of New York [Municipal Term], Borough of Brooklyn. Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.